# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Center for Biological Diversity,<br><br>     Petitioner,<br><br>     v.<br><br>United States Environmental Protection Agency,<br><br>     Respondent. | Case No. 22-1164 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned case is voluntarily dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

Respectfully submitted this 9th day of August 2023,

/s/ Margaret A. Coulter
Margaret A. Coulter (DC Bar No. 1034249)
mcoulter@biologicaldiversity.org
(202) 961-4820

Jason C. Rylander (DC Bar No. 474995)
jrylander@biologicaldiversity.org
(202) 744-2244

CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300

Washington, DC 20005

*Attorneys for Petitioner Center for Biological Diversity*


TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources
  Division

 */s/ John H. Martin*
JOHN H. MARTIN
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383
john.h.martin@usdoj.gov

CAITLIN MCCUSKER
KIMERE J. KIMBALL
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov
kimere.kimball@usdoj.gov

*Attorneys for EPA*

## CERTIFICATE OF SERVICE

I hereby certify, in accordance with Rules 15(c) and 25(a)(2)(B) of the Federal Rules of Appellate Procedure, that on August 9, 2023, a true and complete copy of the foregoing Stipulation of Voluntary Dismissal was e-filed with the Clerk of the Court using the CM/ECF system.

Respectfully submitted this 9th day of August 2023,

*/s/ Margaret A. Coulter*
Margaret A. Coulter