# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1164**          **September Term, 2022**

EPA-87FR39600

**Filed On: October 27, 2022** [1970819]

Center for Biological Diversity,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 22-1210, 22-1225, 22-1227, 22-1228, 22-1229, 22-1230, 22-1231

### O R D E R

Upon consideration of respondent's unopposed motion to extend briefing deadlines, it is

**ORDERED** that the motion be granted. The following deadlines are now established:

| | |
|---|---|
| Response to Motion for Summary Vacatur | December 2, 2022 |
| Reply to Response | December 16, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Catherine J. Lavender
      Deputy Clerk