ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| Respondent. | ) ) ) |

No. 22-1164
consolidated with
Nos. 22-1210, 22-1164,
22-1225, 22-1227, 22-1228,
22-1229, 22-1230, 22-1231

## UNOPPOSED MOTION OF UNITED STATES ENVIRONMENTAL PROTECTION AGENCY TO EXTEND MOTION BRIEFING DEADLINES

Respondent the U.S. Environmental Protection Agency (EPA) respectfully requests an extension of the deadlines to brief Petitioner's pending Motion for Summary Vacatur. Doc. Id. No. 1966328. EPA's response brief is presently due December 2, 2022, under the Clerk's Order granting EPA's second request for extension of time. Doc. Id. No. 1970819. Petitioner Center for Biological Diversity (Center) consents to the relief requested herein. In support of this request, EPA states as follows.

1.  The Center challenges the EPA action entitled "Renewable Fuel Standard (RFS) Program: RFS Annual Rules," published in the Federal Register on July 1, 2022, 87 Fed. Reg. 39,600 (July 1, 2022).

2.  On September 27, 2022, the Center filed a Motion for Summary Vacatur. Doc. Id. No. 1966328. The Court previously granted EPA's unopposed motion to extend the associated briefing deadlines. Doc. Id. No. 1967641. The Court granted a second request by EPA to further extend those briefing deadlines because the Parties were in active settlement negotiations to resolve Case No. 22-1164. Doc. Id. Nos. 1969095 & 1970819. At present, any responses to the Motion for Summary Vacatur are due December 2, 2022, and any reply is due December 16, 2022. Doc. Id. No. 1970819.

3.  On November 18, 2022, the Center and EPA filed a joint motion requesting that the Court sever Case No. 22-1164 from the remainder of the consolidated cases identified above and hold Case No. 22-1164 in abeyance until February 14, 2023, while the Parties continue settlement negotiations. Doc. Id. No. 1974384. Any responses in opposition to the Joint Motion are due November 28, 2022. Fed. R. App. P. 27(a)(3)(A).

4. Because the Court may not decide the Parties' Joint Motion prior to the December 2, 2022, deadline for EPA to file its response to Petitioner's Motion for Summary Vacatur, in an abundance of caution, EPA now respectfully requests that the Court extend the deadline for any response brief to the Motion for Summary Vacatur to three weeks (21 days) after the date the Court decides the Joint Motion to Sever and Hold Case No. 22-1164 in Abeyance, unless obviated by that decision. There is good cause for this extension of time. The Parties believe they can resolve this matter, including the Motion for Summary Vacatur, amicably and without judicial intervention. Allowing the Parties additional time to negotiate settlement would promote judicial efficiency and preserve both the Court's and the Parties' limited resources. Active litigation of Case No. 22-1164 at this time, particularly the Center's Motion for Summary Vacatur, would disrupt the ongoing settlement negotiations between EPA and the Center. Accordingly, EPA requests this extension of time to defer active litigation while the Court considers the Parties' Joint Motion to Sever and Hold Case No. 22-1164 in Abeyance.

5.      This extension will not affect any other deadline in these consolidated cases, as the schedule for merits briefing has not yet been set.

6.      EPA has conferred with the Center in accordance with D.C. Circuit Rule 27(h)(2). The Center does not oppose this motion on the condition that the Court also extend its reply brief deadline by one week, with its reply brief, if any, due two weeks (14 days), after the filing of any response briefs in opposition to the Motion for Summary Vacatur. EPA does not oppose the additional extension of this deadline.

7.      In accordance with D.C. Circuit Rule 27(h)(1), this motion is filed more than five (5) days before EPA's current December 2, 2022 deadline.

For these reasons, EPA respectfully requests that the Court grant this motion and extend the response and reply brief deadlines as requested herein.

Dated: November 23, 2022

                                     Respectfully submitted,

                                       TODD KIM
                                       Assistant Attorney General
                                       U.S. Department of Justice

    Environment and Natural Resources Division

    <u> /s/ *John H. Martin* </u>
    CAITLIN MCCUSKER
    KIMERE J. KIMBALL
    U.S. Department of Justice
    Environment and Natural Resources Division
    Environmental Defense Section
    P.O. Box 7611
    Washington, D.C. 20044
    (202) 514-1950
    caitlin.mccusker@usdoj.gov
    kimere.kimball@usdoj.gov

    JOHN H. MARTIN
    Wildlife & Marine Resources Section
    999 18th St., South Terrace Suite 370
    Denver, CO 80202
    john.h.martin@usdoj.gov
    (303) 844-1383

    *Counsel for EPA*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 598 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced

typeface using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ John H. Martin*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ John H. Martin*