ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.* | ) ) ) ) |
| Respondents. | ) ) |

No. 22-1164

_____

**UNOPPOSED MOTION OF UNITED STATES ENVIRONMENTAL PROTECTION AGENCY TO EXTEND DEADLINE FOR MOTION TO GOVERN**

Respondent the U.S. Environmental Protection Agency (EPA) respectfully requests an extension of the deadline, until April 17, 2023, to file motions to govern in the above-captioned matter. The Parties are presently obligated to file motions to govern future proceedings by March 15, 2023, under the Clerk's Order granting EPA's unopposed motion for extension of time to file motions to govern. Doc. Id. No. 1984870. Petitioner Center for Biological Diversity (Center) consents to the relief requested herein. Intervenors for Respondent Clean Fuels Alliance America, Growth Energy and Renewable Fuels Association do

not oppose the relief requested herein. Intervenor for Respondent American Petroleum Institute takes no position on the motion. In support of this request, EPA states as follows.

1. The Center challenges the EPA action entitled "Renewable Fuel Standard (RFS) Program: RFS Annual Rules," published in the Federal Register on July 1, 2022, 87 Fed. Reg. 39600 (July 1, 2022).

2. On November 29, 2022, the Court granted the Joint Motion of the Center and EPA to sever this case from other related cases and hold the matter in abeyance pending further order of the Court. Doc. Id. No. 1975429. The Court also directed the parties to file motions to govern future proceedings by February 14, 2023. Id. By Order filed February 7, 2023, the Court granted EPA's unopposed motion to extend that deadline to March 15, 2023. Doc. Id. No. 1984870.

3. EPA now requests that the Court extend the deadline for the parties to file motions to govern future proceedings to April 17, 2023. There is good cause for this extension of time. Since the Court last extended this deadline, EPA and the Center have continued their settlement discussions and have made substantial progress in developing the terms of a proposed settlement agreement. EPA

requests this next extension to allow for further productive settlement negotiations and thereby enable the Center and EPA to resolve this matter amicably. Allowing the parties additional time to negotiate settlement would promote judicial efficiency and preserve both the Court's and parties' limited resources.

4. EPA has conferred with the other parties in accordance with D.C. Circuit Rule 27(h)(2). The Center consents to the relief requested herein. Intervenors for Respondent Clean Fuels Alliance America, Growth Energy and Renewable Fuels Association do not oppose the relief requested herein. Intervenor for Respondent American Petroleum Institute takes no position on the motion.

5. In accordance with D.C. Circuit Rule 27(h)(1), this motion is filed at least five (5) days before the parties' March 15, 2023 deadline to file their motion to govern future proceedings.

For these reasons, EPA respectfully requests that the Court grant this motion and extend the deadline to file motions to govern as requested herein.

Dated: March 10, 2023

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources
　Division

CAITLIN MCCUSKER
KIMERE J. KIMBALL
U.S. Department of Justice
Environment and Natural Resources
　Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov
kimere.kimball@usdoj.gov

　/s/ John H. Martin
JOHN H. MARTIN
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
(303) 844-1383

*Counsel for EPA*

### CERTIFICATE OF COMPLIANCE

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 450 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies

4

with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook fourteen-point font.

*/s/ John H. Martin*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ John H. Martin*