# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1164**                                             **September Term, 2022**

EPA-87FR39600

**Filed On: March 13, 2023** [1989776]

Center for Biological Diversity,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute, et al.,
    Intervenors

## O R D E R

    Upon consideration of respondent's unopposed motion to extend deadline for motions to govern, it is

    **ORDERED** that the motion to extend deadline be granted. Motions to govern future proceedings are now due April 17, 2023.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Catherine J. Lavender
      Deputy Clerk